UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 11cr3641-BEN |
| Plaintiff, | ) ) | ORDER AND JUDGMENT OF DISMISSAL TO DISMISSING THE INDICTMENT AND EXONERATING BOND |
| v. | ) ) | |
| RAFAEL JUAREZ, | ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY ORDERED that the Indictment in Case No. 11cr3641-BEN against defendant RAFAEL JUAREZ be dismissed without prejudice and that the bond be exonerated.

IT IS SO ORDERED.

DATED: May 30, 2012

Hon. Roger T. Benitez
U.S. District Judge